# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** David Rudometkin

**v.**

United States of America

**Case No:** 23-5180

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

### Counsel Information

Lead Counsel: Charles E.T. Roberts

Direct Phone: ( 202 ) 879-3795 Fax: ( 202 ) 626-1700 Email: cetroberts@jonesday.com

2nd Counsel: Anthony J. Dick

Direct Phone: ( 202 ) 879-7679 Fax: ( 202 ) 626-1700 Email: ajdick@jonesday.com

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Jones Day

Firm Address: 51 Louisiana Ave., N.W., Washington, D.C. 20001

Firm Phone: ( 202 ) 879-3939 Fax: ( 202 ) 626-1700 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)